# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-2250
_____

Reginald Marks,                     *
                                    *
          Appellant,                *   Appeal from the United States
                                    *   District Court for the
     v.                             *   Western District of Missouri
                                    *
David D. White; Laura Hull;         *          [UNPUBLISHED]
Kay Procter; Kevin Baker;           *
Correctional Medical Services       *
                                    *
          Appellees.                *

_____

Submitted:  April 25, 1997

Filed:   May 2, 1997
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges
_____

PER CURIAM.


     Reginald Marks, a Missouri inmate, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against Correctional Medical Services (CMS), a physician under contract with CMS, and three CMS nurses.  After carefully reviewing the record before us and the parties' briefs, we conclude

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

the district court's judgment was proper.  Accordingly, we affirm.
<u>See</u> 8th Cir. R. 47B.

     A true copy.

          Attest:

               CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.